■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK HEDERMAN, Appellant.— Judgment of conviction unanimously reversed, on the law and on the facts, the information dismissed and the fine ordered remitted.  Defendant appeals from a judgment of conviction by a City Magistrate sitting as a Court of Special Sessions of the City of New York for violation of subdivision 2 of section 65 of the Alcoholic Beverage Control Law, in that he served and sold an alcoholic beverage to a person apparently intoxicated.

Defendant was sentenced to pay a fine of $25 or to serve 10 days. The fine was paid. The proof fails to establish the guilt of the defendant beyond a reasonable doubt. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Bergan, JJ.